UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

**DERRELL AUSTIN,**

        **Plaintiffs,**

    **vs.**                                                **9:14-CV-41**
                                                                 **(TJM/ATB)**

**DAVID ROCK and MAUREEN E. BOLL,**

        **Defendants.**

―――――――――――――――――――――――――――

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

**I.**     **INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Baxter's Report-Recommendation [dkt. # 38] have been filed, and the time to do so, including an extension granted by the Court, has expired.

**II.**     **DISCUSSION**

After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

**III.**     **CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation [dkt. # 38] for the

1

reasons stated therein.  The defendants' motion for summary judgment [dkt. # 26] is **GRANTED**, and the complaint is **DISMISSED** for failure to exhaust administrative remedies.

**IT IS SO ORDERED.**

**Dated:**  July 6, 2016

Thomas J. McAvoy
Senior, U.S. District Judge